Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, California 90266
Telephone: (310) 545-3311
Facsimile: (310) 545-3344

Attorneys for Plaintiff/Counter-Defendant
Mad Dogg Athletics, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PARADIGM HEALTH & WELLNESS, INC., a California corporation d/b/a EXERPEUTIC FITNESS, <br><br> Defendant. | Case No. 2:14-cv-06334 CAS (JCGx) <br><br> [PROPOSED] DISMISSAL ORDER |

WHEREAS, the Court is informed that the parties have resolved this action pursuant to a Settlement Agreement. Plaintiff Mad Dogg Athletics, Inc. hereby dismisses all of its claims against Defendant Paradigm Health & Wellness, Inc. d/b/a Exerpeutic Fitness with prejudice. Each party is to bear its own costs.

IT IS HEREBY ORDERED that, pursuant to and in accordance with the terms of the Settlement Agreement, the Complaint of Plaintiff Mad Dogg Athletics,

///
///
///
///

1  Inc. shall be dismissed with prejudice with each party being responsible for their
2  own attorneys' fees and costs.
3      SO ORDERED this 5th day of March, 2015.

*Christina A. Snyder*

United States District Judge

MACEIKO IP

By  /Theodore S. Maceiko/
    Theodore S. Maceiko

Attorneys for Plaintiff
Mad Dogg Athletics, Inc.

FOX ROTHSCHILD LLP

By  /James E. Doroshow/
    James E. Doroshow

Attorneys for Defendant
Paradigm Health & Wellness, Inc.
d/b/a Exerpeutic Fitness